UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. Case No.:  05-246-1 (RMC) |
| JOSE CONTRERAS-MACEDAS, et al. | |

## NOTICE OF APPEARANCE

To the Clerk of the Court, please enter the appearance of Manuel J. Retureta, Esq. as counsel of record in the above captioned case on behalf of the defendant, Jose Contreras-Macedas.

Respectfully submitted,

**RETURETA & WASSEM, P.L.L.C.**


By:  _____/s/_____
Manuel J. Retureta, Esq.
District of Columbia Bar #430006
601 Pennsylvania Avenue, NW
South Building – Suite 900
Washington, D.C.  20004
(202) 220-3073
(202) 220-3130 fax


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing Notice of Appearance was electronically delivered on this 14th day of July 2005 to Assistant U.S. Attorney Frederick W. Yette, 555 Fourth Street, NW, Washington, D.C. 20530.

_____/s/_____
Manuel J. Retureta, Esq.