UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | \| |
| | \| |
| | \|   Crim. Case No.: 05-246-1 (RMC) |
| v. | \| |
| | \| |
| **JOSE CONTRERAS MACEDAS, et al.** | \| |
| | \| |

### MOTION TO JOIN CO-DEFENDANT'S MOTION

**COMES NOW DEFENDANT, Jose Contreras Macedas,** through undersigned counsel, and hereby submits this motion to join a motion filed by the co-defendant in the case. Specifically, co-defendant David Mora-Gil has filed a Motion to Dismiss Pursuant to FRCP 48(b). The co-defendant's motion is based upon prosecutorial delay in bringing the case to court. Mr. Contreras Macedas is similarly situated and therefore seeks the same relief.

Respectfully submitted,

**RETURETA & WASSEM, P.L.L.C.**

By: _____/s/_____
Manuel J. Retureta, Esq.
District of Columbia Bar #430006
601 Pennsylvania Avenue, NW
South Building – Suite 900
Washington, D.C. 20004
(202) 220-3073 / (202) 220-3130 fax

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing Notice of Appearance was electronically delivered on this 12th day of September 2005 to Assistant U.S. Attorney Frederick W. Yette, 555 Fourth Street, NW, Washington, D.C. 20530.

_____/s/_____
Manuel J. Retureta, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| | **Crim. Case No.: 05-246-1 (RMC)** |
| v. | |
| **JOSE CONTRERAS MACEDAS, et al.** | |

## ORDER

Upon consideration of defendant Jose Contreras Macedas's motion to join the motion to dismiss of co-defendant David Mora-Gil, this Court, after a review of the record, and in consideration of the government position, hereby **GRANTS** the defense motion.

**SO ORDERED** this _____ day of September 2005.

_____
Rosemary M. Collyer
United States District Court Judge