UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | \| |
| | \| |
| | \| Crim. Case No.: 05-246-1 (RMC) |
| v. | \| |
| | \| |
| | \| |
| **JOSE CONTRERAS MACEDAS, et al.** | \| |
| | \| |

### MOTION TO JOIN CO-DEFENDANT'S MOTION

**COMES NOW DEFENDANT, Jose Contreras Macedas,** through undersigned counsel, and hereby submits this motion to join a motion filed by the co-defendant in the case. Specifically, co-defendant David Mora-Gil has filed a Motion to Suppress Tangible Evidence. The co-defendant's motion is based upon how and why government agents stopped and arrested both defendants and then seized evidence. Mr. Contreras Macedas is similarly situated to co-defendant Mora-Gil and therefore seeks the same relief.

Respectfully submitted,

**RETURETA & WASSEM, P.L.L.C.**

By: _____/s/_____
Manuel J. Retureta, Esq.
District of Columbia Bar #430006
601 Pennsylvania Avenue, NW
South Building – Suite 900
Washington, D.C. 20004
(202) 220-3073 / (202) 220-3130 fax

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this pleading has been distributed to all parties via ECF Filing.

_____/s/_____
Manuel J. Retureta, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Crim. Case No.: 05-246-1 (RMC) |
| **JOSE CONTRERAS MACEDAS, et al.** | |

### ORDER

Upon consideration of defendant Jose Contreras Macedas's motion to join the motion to dismiss of co-defendant David Mora-Gil, this Court, after a review of the record, and in consideration of the government position, hereby **GRANTS** the defense motion.

**SO ORDERED** this _____ day of September 2005.

_____
Rosemary M. Collyer
United States District Court Judge