UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA   : | |
| : | |
| V.   : | Criminal No. 05-246-07 (RMC) |
| : | |
| OSCAR AGUILAR-GOMEZ   : | |
| (JOSE LUIS   : | |
| CONTRERAS-MACEDES)   : | |

O R D E R

      Because of the expected length and complexity of the proceedings in the above captioned matter, all Criminal Justice Act ("CJA") counsel and his/her interpreter may use the following procedures to obtain interim payments during the course of their representation:

      Counsel, and/or his interpreter, may submit to the Office of the Federal Public Defender, periodically, an interim CJA form 20 setting forth an itemization of compensation earned and reimbursable expenses.

      The Court will review the interim vouchers when submitted and will authorize compensation to be paid for the approved number of hours, up to a total of $7,000.00 for counsel and the applicable half-day or daily rate for the interpreter, and for all reimbursable expenses reasonably incurred during the interim period.  To the extent that the first interim voucher, or any subsequent interim vouchers cumulatively, seek hourly compensation exceeding the $7,000.00 CJA per case ceiling for counsel (excluding reimbursement sought for expenses), these vouchers must be approved by both this Court and the Chief Judge of the Circuit before disbursement can be made.  One-third of the out-of-court compensation approved for each voucher shall be withheld

until the final accounting. At the conclusion of the representation, counsel shall submit a final voucher seeking payment of the one-third balance withheld from the earlier interim vouchers.

After the review by the Office of the Federal Public Defender, the Court will review each interim and final voucher and submit each to the Chief Judge of the Circuit for a review and approval.

_____                          _____
Date                                                          ROSEMARY M. COLLYER, Judge
                                                              United States District Court


_____                          _____
Date                                                          JANICE ROGERS BROWN, Judge
                                                              United States Court of Appeals for the
                                                                   District of Columbia Circuit


Copies:

All Counsel of Record
By email

Ms. Angeles Estrada
3245 Rio Drive
#802
Falls Church, VA 22041
Interpreter for Oscar Aguilar-Gomez

Ms. Erika Freeman
Acting Panel Administrator
Office of the Federal Public Defender
625 Indiana Ave., NW
Suite 550
Washington, D.C. 20004