UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,    )<br>    )<br>v.    )<br>    )<br>JOSE LUIS CONTRERAS-MACEDAS,    )<br>et. al.,    )<br>    )<br>    Defendants.    )<br>    ) | Criminal Action No. 05-246 (RMC) |

## ORDER

For the reasons stated in the Memorandum Opinion separately and contemporaneously issued, it is hereby

**ORDERED** that Defendants' motions to dismiss the indictment are **DENIED**.

**SO ORDERED**.


Date: June 20, 2006               /s/
                                  ROSEMARY M. COLLYER
                                  United States District Judge