UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. Case No.: 05-246-1 (RMC) |
| | Motions Hearing In Progress |
| JOSE CONTRERAS MACEDAS, et al. | |

## DEFENDANT'S RENEWED MOTION TO DISMISS INDICTMENT

**COMES NOW DEFENDANT, Jose Contreras Macedas,** through undersigned counsel, and respectfully renews his previous motion to dismiss the indictment based upon the failure to timely bring defendants to prosecution. Speedy Trial Act, 18 U.S.C. §§ 3161-3174; Fed.R.Crim.P. 48(b). The defendant adopts the previous argument and authority as set forth in his pleadings.

In addition, the defendant highlights that a basis for denying the defendants' speedy trial/prosecutorial delay motions was the government argument that the immigration agent acted solely under an "administrative arrest" scenario. Specifically, the Court held that: "In the present case, the Defendants were all arrested solely for administrative reasons and the removal process continued until issuance of the superseding indictment." Court Order, ECF Doc. #73, p.10. What the suppression motions hearing has revealed is that the immigration agent did not act "solely for administrative reasons." Rather, the immigration agent clearly testified that it was his intent to remove illegal document fraud sellers from the street – not make administrative arrests against illegal aliens.

Further argument and authority for this motion is contained in defendant's supplement to the suppression motions filed contemporaneously.

Respectfully submitted,

**RETURETA & WASSEM, P.L.L.C.**

By: _____/s/_____
Manuel J. Retureta, Esq.
District of Columbia Bar #430006
601 Pennsylvania Avenue, NW
South Building – Suite 900
Washington, D.C.  20004
(202) 220-3073  /  (202) 220-3130 fax

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this pleading has been distributed to all parties via ECF Filing.

_____/s/_____
Manuel J. Retureta, Esq.