IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: 05-246-01 (RMC) |
| v. | : |
| JOSE CONTRERAS-MACEDAS, | : VIOLATION: |
| Defendant. | : 18 U.S.C. § 1028A(a)(1) |
| | : (Aggravated Identity Theft) |

FILED
SEP 1 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**FACTUAL PROFFER
IN SUPPORT OF GUILTY PLEA**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this statement of facts which the United States would have presented if this matter had gone to trial. The facts presented below show, beyond a reasonable doubt, that between on May 10, 2005, defendant Jose Contreras-Macedas (hereinafter, "Contreras-Macedas" or "defendant") committed the offense of Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1).

The defendant is a Mexican national who entered the United States illegally, in or about August, 2004. The defendant subsequently came to Washington, D.C., where he became a member of an organization that conspired together to manufacture, possess and sell false alien registration cards, employment authorization cards and social security cards (collectively, "identity documents") in the 1600 through 1800 blocks of Columbia Road, N.W. ("Columbia Road"). Real identity documents are prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States.

On May 10, 2005, the defendant was approached by a Special Agent with U.S. Immigration and Customs Enforcement ("ICE") while he was in a restaurant in the 1700 block of Columbia Road, NW, Washington, D.C. During his conversation with the agent, the defendant admitted that he was in the U.S. illegally and he was taken into custody.

At the time of his arrest, Contreras-Macedas had in his possession the following fraudulent identity documents: a permanent resident card, alien number 092-613-558, in the name of "Contreras M, Jose Luis", an employment authorization card, alien number 094-856-325, in the name of "Trejo, Jose," and a social security card, social security number \*\*\*-\*\*-1515, in the name of "Jose L Contreras Macedas." The Social Security Administration has determined that the social security number on the fake social security card belongs to a real person other than "Jose L Contreras Macedas." Accordingly, the defendant was in possession of the means of identification of a real person, without the lawful authority to possess that information. His possession of that fraudulent social security card occurred during and in relation to another fraud offense, that is, Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States, in violation of Title 18, United States Code, Section 1546(a).

The defendant knows that other members of the organization he belonged to included, among others not named here, David Mora-Gil, who is also called "Chucky;" Peles Francisco, who is also called "Penguino;" Pedro Hernandez-Carlon, who is also called "Perico;" ~~and Luis Carrillo-Rodriguez, who is also called "Loco." The names "Loco" and "Perico" appear in a ledger recording the sale of illegal identity documents that was recovered, on August 2, 2005, from 526 Tuckerman St., NW, Washington, D.C., where the illegal identity documents were made.~~ Contreras-Macedas admits that he sold fake identity documents and that he knew it was illegal to do so. He also admits

2

that at the time of his arrest, he had an order for fake documents in his possession as well as a box of laminates that was going to be used in making the fake documents.

                                        Respectfully submitted,

                                        KENNETH L. WAINSTEIN
                                        United States Attorney
                                        Bar No. #451058

By:        _____
                FREDERICK W. YETTE
                Assistant United States Attorney
                D.C. Bar No. #385391
                Federal Major Crimes Section
                555 4th Street, N.W., 4th Floor
                Washington, D.C. 20530
                (202) 353-1666
                Frederick.Yette@usdoj.gov


### Defendant's Acceptance of Factual Proffer

       I have read this Factual Proffer in Support of Guilty Plea and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Factual Proffer and all matters relating to it. I fully understand this Factual Proffer and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Factual Proffer fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

_09-13-06_                                _____
Date                                         Jose Contreras-Macedas

**Defense Counsel's Acknowledgment**

    I am Jose Contreras-Macedas's attorney. I have reviewed every part of this Factual Proffer in Support of Guilty Plea with him. It accurately and completely sets forth the Factual Proffer agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

_9.13.06_
Date

_____
Manuel Retureta, Esq.